# UNITED STATES DISTRICT COURT

for the

District of Oregon

United States of America
v.

Ryan Sherman

*Defendant(s)*

Case No. 3:26-mj-00236

SEALED

## CRIMINAL COMPLAINT
## BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of 9/21/2025 to 6/16/2026 in the county of Clatsop in the District of Oregon, the defendant(s) violated:

| *Code Section* | *Offense Description* |
| --- | --- |
| 18 U.S.C. § 2252A(a)(5)(B), (b)(2) | Possession of Child Pornography |
| 18 U.S.C. § 2252A(a)(2), (b)(1) | Distribution of Child Pornography |
| 18 U.S.C. § 1466A(a)(1) | Production of Obscene Visual Representation of Child Sexual Abuse |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

/s/ sworn by Phone
*Complainant's signature*

J. Ryan Humphrey, FBI TFO
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone at 1:54 p.m..

Date: 08/24/2026

Stacie F. Beckerman
*Judge's signature*

City and state: Portland, Oregon

Hon. Stacie F. Beckerman, U.S. Magistrate Judge
*Printed name and title*