SEALED

DISTRICT OF OREGON, ss: AFFIDAVIT OF J. RYAN HUMPHREY

**Affidavit in Support of a Criminal Complaint and Arrest Warrant**

I, J. Ryan Humphrey being duly sworn, do hereby depose and state as follows:

## Introduction and Agent Background

1. I am a Detective employed by the Clatsop County Sheriff's Office and have been since June 13, 2011. Prior to the Clatsop County Sheriff's Office, I was employed continuously as a police office in the state of Oregon since June 11, 2003. I am a sworn federal law enforcement agent of the United States having been deputized as a Special Deputy United States Marshal assigned as a Task Force Officer to the United States Department of Justice Federal Bureau of Investigation (FBI). I have been an FBI Task Force Officer since May 31, 2024. As such, I am an "investigative or law enforcement officer" within the meaning of Title 18, United States Code, Section 2510(7) and am authorized to investigate and make arrests for violations of federal law, and to apply for federal search warrants. I graduated from the Oregon Department of Public Safety Standards and Training 10-week Basic Police Officer program on December 5, 2003. I have acquired knowledge and information about criminal conduct and investigation from many sources, including formal and informal training, other law enforcement officers, investigators, informants, people who I have interviewed, and my participation in numerous investigations. I have received specialized training in investigating a range of criminal offenses, including crimes against children. I have completed multiple training programs related to the handling of digital evidence and utilize tested and validated tools to forensically acquire evidence from computer devices. I have investigated matters involving the sexual exploitation of children, including the online sexual exploitation of children, particularly as it relates to violations of Title 18, United States Code, Sections 2252A, 2251, and 2422. I am part of the

Portland Child Exploitation Task Force (CETF), which includes FBI Special Agents and Task Force Officers from the Portland Metropolitan Area. The CETF is an intelligence-driven, proactive, multi-agency investigative initiative to combat the proliferation of child pornography/child sexual exploitation facilitated by an online computer. As part of my duties as a TFO, I work with local, state, and other federal agencies on joint investigations of federal offenses.

2. I submit this affidavit in support of a criminal complaint and arrest warrant for Ryan Patrick Sherman for Possession of Child Pornography, Distribution of Child Pornography, and Production of Obscene Visual Representation of Child Sexual Abuse in violation of 18 U.S.C. § 2252A(a)(5)(B), (b)(2), 18 U.S.C. § 2252A(a)(2), (b)(1), and 18 U.S.C. § 1466A(a)(1). As set forth below, there is probable cause to believe, and I do believe, that Ryan Patrick Sherman committed Possession of Child Pornography, Distribution of Child Pornography, and Production of Obscene Visual Representation of Child Sexual Abuse in violation of 18 U.S.C. § 2252A(a)(5)(B), (b)(2), 18 U.S.C. § 2252A(a)(2), (b)(1), and 18 U.S.C. § 1466A(a)(1).

**Applicable Law**

3. I believe there is probable cause to believe that Ryan Patrick Sherman has violated the following:

- 18 U.S.C. § 2252A(a)(5)(B), Possession of Child Pornography makes it a crime to knowingly possess or access with intent to view child pornography that has been mailed, shipped, or transported in or affecting interstate or foreign commerce by any means, including by computer, or that was produced using materials that were mailed, shipped, or transported in or affecting interstate or foreign commerce by any means, including by computer.

- 18 U.S.C. § 2252A(a)(2) Distribution of Child Pornography makes it a crime to knowingly receive or distribute any child pornography that has been mailed, shipped, or transported in or affecting interstate or foreign commerce by any means, including by computer.
- 18 U.S.C. § 1466A(a)(1) Production of Obscene Visual Representation of Child makes it a crime to knowingly produce, distribute, receive, or possesses with intent to distribute, a visual depiction of any kind, including a drawing, cartoon, sculpture, or painting, that depicts a minor engaging in sexually explicit conduct.

## **Statement of Probable Cause**

4. On July 10, 2026, Seaside Police Detective Timothy White asked for my assistance with an investigation he was conducting. Det. White initiated his investigation on December 19, 2025, when he was assigned NCMEC Report 222107393 by the Oregon DOJ. The report was initiated by the company MediaLab.ai in reference to a user of their social media platform Kik.com. The report states that between September 21, 2025, and October 19, 2025, Kik.com user "lilgrlfanatic_eps" uploaded twenty files of suspected child pornography from IP address 47.7.0.118. The Oregon DOJ provided Det. White with an administrative subpoena response from Charter Communications that identified the customer assigned IP address 47.7.0.118 at the time of the reported uploads as Ryan Patrick Sherman, born XX/XX/1990. The subpoena response from Charter Communications identified Sherman's address in Seaside, Oregon 97138.

5. On July 16, 2026, I requested a copy of NCMEC Report 222107393 through the Oregon DOJ. With that report, I received the suspected child pornography reported by

MediaLab.ai. Viewing the files, I noticed five of the twenty were duplicates leaving fifteen unique files, all videos. The following three paragraphs are examples of the files reported by MediaLab.ai:

a. *e808c7f78d2b6c4198cdf0d98b70d094.mp4* is a 26-second video showing close angle footage of an adult penis penetrating the vagina of a prepubescent child.

b. *2204b386d9208206da2625569ef7e8ed.mp4* is a 61-second video of an adult penis penetrating the mouth of a young pubescent female.

c. *3ba8e3f6b26fa2f3f323d85f7a804a08.mp4* is a 65-second video of a prepubescent girl being forced to lick the vagina of an older female.

6. In the course of his investigation, Det. White had obtained subscriber records from Google, LLC using a Clatsop County Grand Jury Subpoena for Subscriber Records. Det. White's request for the records was prompted by information contained in the NCMEC Report listing the suspect's email address, "beccafan92@gmail.com." The subpoena response from Google, LLC identified two wireless telephones that had accessed the email account. Those devices were identified as a Samsung S20 SM-G781U and a Google Pixel 10 Pro XL. Det. White conducted surveillance on Sherman's address and confirmed he was frequenting the residence. Det. White also observed vehicles registered to Sherman at the residence. Using publicly available online resources, Det. White determined Sherman works for the United States Post Office as the Postmaster for the Seaside office.

7. On June 16, 2026, Det. White and other investigators contacted Sherman at the Seaside, Oregon, Post Office. Det. White arrested Sherman on an unrelated bench warrant and transported him to the Seaside Police Department, 1091 S. Holladay Drive, Seaside, Oregon

97138. At the time of his arrest, Sherman was in possession of the Google Pixel 10 Pro XL. Det. White also served a Clatsop County Circuit Court Search Warrant authorizing seizure of the Google Pixel 10 Pro XL and Samsung S20 SM-G781U. While Sherman remained in police custody at the police station, another Seaside Police Officer traveled to Sherman's residence to seize the Samsung S20 SM-G781U pursuant to the search warrant. While at the residence serving the search warrant, that officer located the Samsung S20 SM-G781U on Serman's bed. That officer also located a Samsung Galaxy S9 SM-G960U and a Kingston 16GB microSD storage medium sitting in plain view on a nightstand next to the bed. All three devices were seized from Sherman's residence. While in police custody, Sherman confirmed he lives in the residence alone.

8. On August 6, 2026, at 4:35 p.m., I requested and received a search warrant, 3:26-mc-790, from the United States District Court for the District of Oregon authorizing the search of data held by MediaLab.ai for the Kik Messenger user account "lilgrlfanatic_eps." I served that search warrant on August 6, 2026, at 4:56 p.m. using the company's designated online process.

9. On August 7, 2026, at 6:46 a.m., MediaLab.ai Trust & Safety complied with the warrant by providing a compressed folder containing 206 MB of data comprised of 86 files in 3 folders. The files included 72 media files, most of which are pornographic in nature. The files originally reported in NCMEC Report 222107393 were present in the data. The data included additional files that, based on my training and experience, appear to be child pornography. The data contains at least three media files that, based on my training and experience, appear to have been altered by artificial intelligence (AI). The following two paragraphs are examples of the files that appear to have been altered with AI:

///

a. *5sG32HAft1uU5xbvP3ngPg==.mp4* is a 4-second video that begins with a fully clothed preteen female, it appears to be a common first day of school type of image. As the video plays, the girl appears to rip off her shirt and backpack as adult-sized breasts form on her chest. The girl then touches the waist of her skirt which falls, revealing bare female genitalia.

b. *CNxKungR_YhGojxdcuED5w==.mp4* is a 4-second video that begins with an adult female sitting on a beach while holding a preteen boy in her lap. The woman is originally seen wearing a t-shirt. As the video plays, the boy turns towards the woman as her shirt transforms into a blouse that she is pulling open to expose bare breasts. The boy and woman then begin to open-mouth kiss.

10. The data received from MediaLab.ai included Kik Messenger conversations exchanged between the target user, "lilgrlfanatic_eps" and other users. The video described above, paragraph 5a, was sent by "lilgrlfanatic_eps" to Kik Messenger user "parvib7_b6p" on October 19, 2025, at 8:44 a.m. The video described above, paragraph 5c, was sent by "lilgrlfanatic_eps" to the same user on the same date at 8:45 a.m. Most of the files reported in NCMEC Report 222107393 were sent during the conversation with "parvib7_b6p." The video described above, paragraph 5b, was sent by "lilgrlfanatic_eps" to Kik Messenger user "megan_k1998_rqz" on October 19, 2025, at 7:56 a.m. Most of the files reported in NCMEC Report 222107393 were also sent by "lilgrlfanatic_eps" to this user. The conversation between Kik Messenger users "lilgrlfanatic_eps" and "megan_k1998_rqz" lasted for more than an hour.

///

///

The following is an excerpt from the conversation:

lilgrlfanatic: You know all men may age love the idea of fucking little girls.

Megan_k1998: yea?

lilgrlfanatic: Yes of course

lilgrlfanatic: Me and my buddies trade a lot of cp we collect

megan_k1998: Oh yea? Like what

lilgrlfanatic: Little girls getting fucked, sucking cock, etc

megan_k1998: Oh How young

lilgrlfanatic: Typically 4 and up

lilgrlfanatic: My favorites are like 11-16

11. The AI images described above, paragraphs 9a and 9b, were exchanged on October 19, 2025, between Kik Messenger users "lilgrlfanatic_eps" and "frowaway1888_r03." That conversation began when user "lilgrlfanatic_eps" stated they had the ability to turn images into videos. The user then sent a still image of what, based on my training and experience, appears to be a pubescent teen girl in a bikini standing next to a clothed male. The next message is a video that begins with the same image but with the male pulling the side of the female's brassiere until it disappears, leaving the female's bare breasts exposed. In response to those files, "frowaway1888_r03" asked, "Do you have any limits?" User "lilgrlfanatic_eps" responded, "None," and sent the video described above in paragraph 9a. The data provided by MediaLab.ai did not include media sent to the target user but the context of the conversation, based on my training and experience, indicates "frowaway1888_r03" sent the original image described above in paragraph 9b. User "lilgrlfanatic_eps" responded, "Let me see what I can do." Four minutes

later, “lilgrlfanatic_eps” sent the video described in paragraph 9b. As the conversation continued, “lilgrlfanatic_eps” explained how they used an uncensored AI website to create the videos.

12. On August 7, 2026, at 5:14 p.m., I requested and received a search warrant, 3:26-mc-794, from the United States District Court for the District of Oregon authorizing the seizure of the four devices held by the Seaside Police Department and the search of data held on those devices. On August 10, 2026, at 12:25 p.m., I served that search warrant and seized the devices. On August 13 and 14, 2026, I obtained forensic extractions of the data held on the four devices seized from Seaside Police Department; these devices were originally seized from the possession of Sherman.

**Kingston 16GB microSD**

13. The Kingston 16GB microSD storage medium was located on top of the Galaxy S9 described below. The data extracted from this device includes over 11,000 photographs and more than 350 videos. Having seen his Oregon DMV photograph and from watching the video of Sherman’s June 16, 2026, contact with Det. White, I recognized Sherman in several of the photographs, including several of Sherman posing nude. One of the photographs is an image of Sherman’s Oregon driver’s license. The photographs also included an image of Sherman’s 2019 W-2 tax statement from the United State Postal Service. One photograph is a screenshot showing Sherman’s pay stub from the Postal Service. Based on the inclusion of photographs of Sherman on the device, as well as inclusion of Sherman’s Oregon driver’s license and W-2, I have probable cause to believe that the Kingston 16GB microSD storage medium belongs to Sherman.

14. A collection of photographs in the data are grouped together and bear sequential filenames. The first image is the cover of a book titled, “International Lolita Color Magazine: Lolita Love 7.” This collection contains 33 photographs of two young pubescent girls posing

nude. In twelve of the photographs, one or both of the girls are seen in typical "nudist" poses. The other 21 photographs show one of both of the girls posing provocatively in a manner intended to accentuate their genitalia. In one of the photographs, one of the girls appears to be digitally penetrating her own vagina. Based on my training and experience, both girls seen in this collection appear to be under 18 years old.

15. The videos contained in the data include at least five of the files reported by MediaLab.ai. In addition to those files, the data contains at least 40 more videos that depict children being subjected to sexual abuse. The following is a representative sample of those files:

a. *118.MP4* is a 66-second video of a prepubescent girl being orally penetrated by an adult penis.

b. *12344.3gp.mp4* is a 1-minute video of a toddler being vaginally penetrated by an adult penis

c. *14.mp4* is a 68-second video of a prepubescent boy being anally penetrated by an adult penis

d. *182.MP4* is a 1-minute 56-second video of an adult female licking the vagina of a toddler.

*e.* *153.MP4* is a 92-second video of an adult penis penetrating the anus of a toddler.

16. Information printed on the exterior of the Kingston 16GB microSD it states the device was manufactured in the country of Tiawan.

**Samsung S20 SM-G781U**

17. The Samsung S20 SM-G781U was located in Sherman's residence on his bed. Analysis of the data contained on this device is ongoing. At the time it was seized, the device

was signed into the communications application known as Session. Communications contained within this application show Sherman was exchanging child pornography with other users. One such video, sent by Sherman on May 31, 2026, is a 93-second video of an adult ejaculating on the back of a nude prepubescent girl. In one of the communications, Sherman sent a link to media on another communications application known as SimpleX. The device was also signed into the SimpleX application. Within the SimpleX application, Sherman was a member of a group chat with several members exchanging child pornography. User account information for the "beccafan92@gmail.com" email account is present in the data extracted from this device. The data also contains details for email accounts bearing variations of Sherman's name. Information printed on the exterior of the Samsung S20 SM-G781U states the device was manufactured in the country of Vietnam.

**Google Pixel 10 Pro XL**

18. The Google Pixel 10 Pro is the device that was physically in the possession of Sherman on June 16, 2026 when he was arrested on the unrelated bench warrant. Analysis of the data contained on this device is ongoing. User account information for the "beccafan92@gmail.com" email account is present in the data extracted from this device. The data also contains details for email accounts bearing variations of Sherman's name. Information contained within the device states it was manufactured in the country of Vietnam.

**Samsung Galaxy S9 SM-G960U**

19. The Samsung Galaxy S9 SM-G960U was located in Sherman's residence on a table next to his bed. Analysis of this device is ongoing. At the time it was seized, the device was signed into the same SimpleX account described above. This device is synchronized to Google

account, “Sherman.ryan@gmail.com” Information printed on the exterior of the Samsung Galaxy S9 SM-G960U states the device was manufactured in the country of Korea.

## Conclusion

20. Based on the foregoing, I have probable cause to believe, and I do believe, that Ryan Patrick Sherman committed the offenses of Possession of Child Pornography, Distribution of Child Pornography, and Production of Obscene Visual Representation of Child Sexual Abuse in violation of 18 U.S.C. § 2252A(a)(5)(B), (b)(2), 18 U.S.C. § 2252A(a)(2), (b)(1), and 18 U.S.C. § 1466A(a)(1). I therefore request that the Court issue a criminal complaint and arrest warrant for Ryan Patrick Sherman.

21. Prior to being submitted to the Court, this affidavit, the accompanying complaint and the arrest warrant were all reviewed by Assistant United States Attorney (AUSA) Natasha Geiling and AUSA Geiling advised me that in her opinion the affidavit and complaint are legally and factually sufficient to establish probable cause to support the issuance of the requested criminal complaint and arrest warrant.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

## Request for Sealing

22. It is respectfully requested that the Court issue an order sealing, until further order of the Court, all papers submitted in support of the requested criminal complaint and arrest warrant. I believe that sealing these documents is necessary because the information to be seized is relevant to an ongoing investigation, and any disclosure of the information at this time may cause flight from prosecution, cause destruction of or tampering with evidence, cause intimidation of potential witnesses, or otherwise seriously jeopardize an investigation. Premature disclosure of the affidavit, the criminal complaint, and the arrest warrant may adversely affect the integrity of the investigation.

*By phone pursuant to Fed. R. Crim. P. 4.1*
Detective J. Ryan Humphrey
FBI Task Force Officer

Sworn in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone at 1:54 p.m. on August 24, 2026.

Stacie F. Beckerman
HONORABLE STACIE F. BECKERMAN
United States Magistrate Judge