FILED02 SEP '26 16:18USDC-ORP

**UNITED STATES DISTRICT COURT**

**DISTRICT OF OREGON**

**PORTLAND DIVISION**

**UNITED STATES OF AMERICA**

**v.**

**RYAN PATRICK SHERMAN,**

**Defendant.**

**3:26-cr-00332-AB**

**INDICTMENT**

**18 U.S.C. §§ 2252A(a)(5)(B), (b)(2)**
**18 U.S.C. §§ 2252A(a)(2), (b)(1)**
**18 U.S.C. § 1466A(a)(1)**

**Forfeiture Allegations**

**THE GRAND JURY CHARGES:**

**COUNT 1**
**(Possession of Child Pornography)**
**(18 U.S.C. § 2252A(a)(5)(B), (b)(2))**

On or about June 16, 2026, in the District of Oregon, defendant **RYAN PATRICK SHERMAN** knowingly possessed material containing child pornography, including visual depictions of prepubescent minors or minors under 12 years of age, that had been shipped or transported using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce by any means, including by computer, or that was produced using materials that had been shipped or transported in or affecting interstate or foreign commerce by any means, including by computer.

In violation of Title 18, United States Code, Section 2252A(a)(5)(B), (b)(2).

///

///

///

**COUNT 2**
**(Distribution of Child Pornography)**
**(18 U.S.C. § 2252A(a)(2), (b)(1))**

Between on or about October 19, 2025 and May 31, 2026, in the District of Oregon, defendant **RYAN PATRICK SHERMAN** knowingly and unlawfully distributed material containing child pornography, that had been shipped or transported using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce by any means, including by computer, or that was produced using materials that had been shipped or transported in or affecting interstate or foreign commerce by any means, including by computer.

In violation of Title 18, United States Code, Section 2252A(a)(2), (b)(1).

**COUNT 3**
**(Production of Obscene Visual Representation of Child Sexual Abuse)**
**(18 U.S.C. § 1466A(a)(1))**

On or about October 19, 2025, in the District of Oregon, defendant **RYAN PATRICK SHERMAN,** did knowingly produce at least one visual depiction that depicts a minor engaging in sexually explicit conduct as defined in 18 U.S.C. § 2256(2) and is obscene, a means or instrumentality of interstate or foreign commerce having been used in committing or in furtherance of the commission of the offense, and such visual depiction having been produced using materials that that have been shipped or transported in interstate or foreign commerce by any means, including by computer;

In violation of Title 18, United States Code, Sections 1466A(a)(1), (d)(1), and (d)(4).

///

///

///

**COUNT 4**
**(Distribution of Obscene Visual Representation of Child Sexual Abuse)**
**(18 U.S.C. § 1466A(a)(1))**

On or about October 19, 2025, in the District of Oregon, defendant **RYAN PATRICK SHERMAN,** did knowingly distribute at least one visual depiction that depicts a minor engaging in sexually explicit conduct as defined in 18 U.S.C. § 2256(2) and is obscene, a means or instrumentality of interstate or foreign commerce having been used in committing or in furtherance of the commission of the offense, and such visual depiction having been produced using materials that that have been shipped or transported in interstate or foreign commerce by any means, including by computer;

In violation of Title 18, United States Code, Sections 1466A(a)(1), (d)(1), and (d)(4).

**FIRST FORFEITURE ALLEGATION**

Pursuant to Title 18, United States Code, Section 2253, upon conviction of either offense described above in Count 1 or Count 2 of this indictment, defendant **RYAN PATRICK SHERMAN** shall forfeit to the United States any and all (1) materials that contain visual depictions of minors engaging in sexually explicit conduct; (2) any and all property that was used or was intended to be used in any manner or part to commit or promote the commission of the violations alleged in that count; and (3) any property, real or personal, constituting or traceable to proceeds of those offenses.

///

///

///

///

## SECOND FORFEITURE ALLEGATION

Pursuant to Title 18, United States Code, Section 1467(a), upon conviction of either offense described above in Count 3 or Count 4 of this indictment, defendant **RYAN PATRICK SHERMAN** shall forfeit to the United States (1) any obscene material produced, transported, mailed, shipped, or received in violation of Title 18, United States Code, Chapter 71; (2) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and (3) any property, real or personal, used or intended to be used to commit or to promote the commission of such offense.

Dated: September 1, 2026.

A TRUE BILL.

[redacted]

OFFICIATING FOREPERSON

Presented by:

SCOTT E. BRADFORD
United States Attorney

NATASHA M. GEILING, CASB #341432
Assistant United States Attorney